No. 02–537. ANDERSON ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–543. BIEBER *v.* DEPARTMENT OF THE ARMY. C. A. Fed. Cir. Certiorari denied.

No. 02–5733. LEHR *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 02–5807. TRAEGER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–6230. GARCIA AROMI *v.* POLICE DEPARTMENT OF PUERTO RICO. C. A. 1st Cir. Certiorari denied.

No. 02–6237. MILTON *v.* ROE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–6239. TROTTER *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–6240. WILSON *v.* GREINER, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–6251. PRIDGEN *v.* MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 02–6255. S. T. *v.* MASSACHUSETTS DEPARTMENT OF SOCIAL SERVICES. Sup. Jud. Ct. Mass. Certiorari denied.

No. 02–6264. JONES *v.* LAMARQUE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–6281. ARDIS *v.* PRYOR, ATTORNEY GENERAL OF ALABAMA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–6284. WILLIBY *v.* SUPERIOR COURT OF CALIFORNIA, ALAMEDA COUNTY. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 02–6285. BEETON, INDIVIDUALLY AND AS CO-EXECUTOR OF THE ESTATE OF BEETON *v.* BEETON. Sup. Ct. Va. Certiorari denied.